441 A.2d 763

Potter, et. al v. Lavin, et. al.

Appeal of Lorraine Nagele and Joseph Nagele.
Reargument Denied March 11, 1982.

Argued January 5, 1981. Ronald Jay Bayer, for appellants; M. Landon Spencer, for appellees.

Before PRICE, WIEAND and HOFFMAN, JJ.

Judgment affirmed.

PRICE, J., did not participate in the consideration or decision of this case.

440 A.2d 1262

Sands, Appellant v. Sands.

Argued April 7, 1981. Robert P. Snyder, for appellant; Richard Giannini, Jr., for appellee.

Before SPAETH, HOFFMAN and VAN der VOORT, JJ.

The order of the lower court is hereby affirmed.